239 ROBISON (Prosecuting Attorney) vs. MINER (Police Justice, Detroit), and

240 ROBISON (Prosecuting Attorney) vs. HAUG (Police Justice, Detroit), 68 M., 549.

To require respondents to entertain jurisdiction to hold preliminary examinations in criminal prosecutions, under the liquor law of 1887, it being claimed that the statute contains unconstitutional provisions and is therefore invalid.

Granted in the first named case, March 2, 1888, but denied in the last named, because the application to Judge Haug. set out no offense in proper terms.

241 NICHOLS vs. NESBITT (Justice of the Peace), No. 12493½.

To compel respondent to proceed upon a complaint made under a city ordinance, relative to auctioneers.

Order to show cause denied February 16, 1892.

The ordinance was attacked on the ground that it discriminated between resident and non-resident auctioneers.

242 ELLIS (Pros. Attorney) vs. HUTCHINSON (Justice of the Peace), 70 M., 154.

To compel respondent to proceed with the examination of one charged with embezzling chattel mortgage property.

Denied May 10, 1888, on the ground that the provisions of Act No. 157, Laws of 1887, in so far as they relate to chattel mortgage property are not covered by the title of the Act and are therefore unconstitutional.